JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Paul Anthony Aquino | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:24-CV-03500-KK-ADS |
| v. | |
| Joseph Biden Jr. | ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE) |
| DEFENDANT(S) | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

Plaintiff fails to provide the requested information regarding financial status, including, current salary/income (1.a.); amount of public benefits received (2); and monthly expenses (7).

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

   ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
   ☒ The action is frivolous or malicious.
   ☐ The action fails to state a claim upon which relief may be granted.
   ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

May 3, 2024
Date

United States District Judge

While not entirely clear, Plaintiff has filed a request to proceed in forma pauperis naming Joseph Biden Jr. as a defendant. The application is accompanied by a civil rights complaint naming MP 21 Soledad ST, MIDPEN HOUSING, and MOONGATE PLAZA as defendants. Attached to the complaint are over 740 pages of documents, many of which are wholly unintelligible. The documents include a Right to Sue letter form the State of California, Civil Rights Department regarding "CRD Matter Number: 202404-24372817; Right to Sue: AQUINO/BIDEN PRESIDENT U.S.A." Also included in the attachments is the related administrative complaint which alleges, among other things, "[t]he Government is responsible for the Corona Virus by way of Mining on the Moon as well as Covid 19 by way of grave digging. Furthermore I believe they have embezzled Trillions of My personal and hte Peoples Money. I have evidence to support all and last Treason has been committed."

Hence, the Court finds the action is frivolous and further, that the deficiencies cannot be cured by amendment.

*(attach additional pages if necessary)*